IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:25CR-47-KDB

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **BILL OF INDICTMENT** |
| v. ) | |
| ) | |
| BERNANDINO MARTINEZ-HERNANDEZ, ) | Violation: 8 U.S.C. §§ 1326(a) and (b)(1) |
| a/k/a JORGE JIMINEZ-HERNANDEZ, ) | |
| a/k/a PEDRO MARTINEZ-CISNEROS, ) | |
| a/k/a PEDRO HERNANDEZ ) | |
| ) | |

## THE GRAND JURY CHARGES:

## COUNT ONE

On or about July 16, 2025, in Iredell County, within the Western District of North Carolina, and elsewhere, the defendant,

**BERNANDINO MARTINEZ-HERNANDEZ,
a/k/a JORGE JIMINEZ-HERNANDEZ,
a/k/a PEDRO MARTINEZ-CISNEROS,
a/k/a PEDRO HERNANDEZ**

an alien previously removed from the United States on or about July 15, 2019, at or near Brownsville, Texas, on or about March 23, 2022, at or near Brownsville, Texas, and on or about May 12, 2023, at or near San Ysidro, California, was found in the United States after having knowingly entered the United States, without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States and after a conviction for the commission of a felony.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

█████████████████

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY