IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:25CR47-MEO |
|---|---|---|
| | ) | |
| v. | ) | **FACTUAL BASIS** |
| | ) | |
| BERNANDINO MARTINEZ-HERNANDEZ | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On or about July 16, 2025, in Iredell County, within the Western District of North Carolina, and elsewhere, defendant Bernandino Martinez-Hernandez, a/k/a Jorge Jiminez-Hernandez, a/k/a Jorge Jiminez-Hernandez, a/k/a Pedro Martinez-Cisneros, a/k/a Pedro Hernandez, an alien previously removed from the United States on or about July 15, 2019, at or near Brownsville, Texas, on or about March 23, 2022, at or near Brownsville, Texas, and on or

1

about May 12, 2023, at or near San Ysidro, California, was found in the United States after having knowingly entered the United States, without having obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States and after a conviction for the commission of a felony, in violation of 8 U.S.C. § 1326(a) and (b)(1).

RUSS FERGUSON
UNITED STATES ATTORNEY

KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY


Defendant's Counsel's Signature and Acknowledgment

I have read the Bill of Indictment, Factual Basis, and Plea Agreement in this case, and I have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Bill of Indictment, Factual Basis, and Plea Agreement. I hereby certify that the defendant does not dispute this Factual Basis.

DATE: 3/6/26

ELIZABETH GERBER
DEFENSE COUNSEL

2